UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. CV-00-1291(DSD/JMM)

---

Randy Knutson, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

Bremer Bank,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL**

---

IT IS HEREBY STIPULATED, by and between Plaintiff, Randy S. Knutson ("Mr. Knutson"), and Defendant, Bremer Bank, National Association (the "Bank"), through their respective attorneys, that the claims asserted or which could have been asserted by Mr. Knutson in the above-entitled action shall be dismissed, with prejudice and without costs or attorneys' fees to any party.

Dated: 9/1/4, 2000

CONSUMER JUSTICE CENTER, P.A.

By: ____________________
Thomas J. Lyons, Jr. #249646
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171

THE BARRY LAW OFFICE, LTD.
Peter F. Barry, Esq.
1560 Beam Avenue, Suite A
Maplewood, MN 55109

Attorneys for Plaintiff

SEP 27 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. SEP 27 2000
DEPUTY CLERK

Dated: Sept 25, 2000

WINTHROP & WEINSTINE, P.A.

By: ______________________
Thomas H. Boyd, #200517
Daniel C. Beck #192053

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 290-8400

Attorneys for Defendant,
Bremer Bank, National Association

**ORDER**

Based upon the above Stipulation,

IT IS HEREBY ORDERED:

1. The above entitled action is hereby dismissed.

2. There being no just reason for delay, the Court Administrator is directed to immediately enter a judgment of dismissal in accordance with this Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Sept 27, 2000.

BY THE COURT:

______________________
David S. Doty
United States District Court Judge

STP1: 552035-1